Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 1:13-cv-00856-LJO-GSA |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE ANTONIO FERRERO, individually and d/b/a NICKS LOUNGE |
| vs. | |
| Jose Antonio Ferrero, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JOSE ANTONIO FERRERO, individually and d/b/a NICKS LOUNGE, that the above-entitled action is hereby dismissed **without prejudice** against JOSE ANTONIO FERRERO, individually and d/b/a NICKS LOUNGE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 23, 2014, the dismissal shall be deemed to be **with prejudice** at that time.

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: September 18, 2013

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

**WEBB & BORDSON, APC**
By:  Amy R. Lovergren-Tipton, Esquire
Attorneys for Defendant
JOSE ANTONIO FERRERO,
individually and d/b/a NICKS LOUNGE

This Court DISMISSES this action pursuant to the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **October 1, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**«CaseNo»**
**PAGE 2**