**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Jose Antonio Ferrero,**<br><br>Defendant. | **CASE NO. 1:13-cv-00856-LJO-GSA**<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE ANTONIO FERRERO, individually and d/b/a NICKS LOUNGE** |

Pursuant to the stipulation of all parties, Doc. 33, and Fed. R. Civ. P. 41(a)(1)(A)(ii), it is HEREBY ORDERED that the above-entitled action is dismissed with prejudice against JOSE ANTONIO FERRERO, individually, and d/b/a Nick's Lounge. Each Party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: June 27, 2014**

            **/s/ Lawrence J. O'Neill**
            **United States District Judge**

PAGE 1