# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 1:13-cv-856-LJO-GSA |
| Plaintiffs, | |
| v. | **ORDER RE: DEFENDANT'S COUNSEL'S MOTIONS TO WITHDRAW AS ATTORNEY OF RECORD** |
| JOSE ANTONIO FERRERO, | **(Docs. 30 and 31)** |
| Defendant. | |

On June 6, 2014, Defendant's counsel, Lenden Franklin Webb and Amy Lovegren-Tipton filed Motions to Withdraw as Defendant Jose Antonio Ferrero's ("Defendant") counsel. Plaintiff's counsel filed a non-opposition to the motion. (Doc. 32). A hearing was scheduled to be held on July 11, 2014. However, prior to the hearing, on June 27, 2014, the parties filed a stipulation of dismissal. (Doc. 34). The case was closed on June 30, 2014. (Doc. 34).

After the case was closed, counsel filed substitution of counsel forms requesting that Mr. Ferrero be substituted in as counsel. (Docs. 35 and 36). The Court construes the requests for substitution of counsel as Defendant's non-opposition to counsels' motions to withdraw. Accordingly, the Motions to Withdraw as Counsel are GRANTED. The Clerk of the Court is

1

directed to terminate Lenden Franklin Webb and Amy Lovegren-Tipton as counsel of record and amend the docket to reflect Plaintiff's pro se status.  Mr. Ferrero's address shall be listed as 1312 West Shields Avenue, Fresno, California 93705.  The Clerk of the Court shall serve the Defendant with a copy of this order at the above address.

IT IS SO ORDERED.

    Dated:   **July 17, 2014**                              **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE